AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the District of Eastern New York

| Patrick Collins, Inc. | Civil Action No. 2:12-cv-01154-ADS-GRB |
|---|---|
| *Plaintiff,* | |
| v. | |
| John Doe 1, | |
| *Defendant.* | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Optimum Online
c/o CSC HOLDINGS, INC. (Cablevision Systems)
1111 Stewart Avenue
Bethpage, NY 11714
Via Facsimile: (516) 803-2990

[X] *Production*: YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Please produce documents identifying the name and address of the defendant, John Doe 1, listed in the below chart:

| Doe# | IP Address | Date/Time UTC |
|---|---|---|
| 1 | 24.189.230.71 | 1/18/2012 6:52 |

| Place: Kotzker Law Group | Date and Time: |
|---|---|
| 9609 S. University Blvd., #632134 | June 22, 2012 @ 9:30 a.m. |
| Highlands Ranch, CO 80163 | |

[ ] *Inspection of Premises*: YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a

subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: <u>May 8 , 2012</u>

            *CLERK OF COURT*

_____   OR   _____
*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing Plaintiff, who issues or requests this subpoena, are:
Jason Kotzker, Esq., The Kotzker Law Group, 9609 S. University Blvd., #632134, Highlands Ranch, CO 80163, Telephone: (303) 875-5386, Email: jason@KLGIP.com