UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PATRICK COLLINS, INC.,

                                    Plaintiff,                         CV 12-1154 (ADS) (GRB)

                        - vs. -                                        **NOTICE OF**
                                                                       **APPEARANCE**

JOHN DOES 1-9,

                                    Defendants.

PLEASE TAKE NOTICE that Meyer, Suozzi, English & Klein, P.C., by Robert C. Angelillo, hereby appears as attorneys of record for defendant John Doe # 1 in the above-captioned action and demands that a copy of all papers in this action be served upon the undersigned at the address stated below and/or in accordance with the Court's electronic filing procedures.

Dated:    Garden City, New York
          October 4, 2012

                        MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
                        *Attorneys for Defendant John Doe # 1*

                        By: _____/s/_____
                              ROBERT C. ANGELILLO
                        990 Stewart Avenue, Suite 300
                        P.O. Box 9194
                        Garden City, New York 11530-9194
                        (516) 741-6565

906666