UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PATRICK COLLINS, INC.,

                              Plaintiff,

- vs. -

JOHN DOES 1-9,

                              Defendants.

CV 12-1154 (ADS) (GRB)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Meyer, Suozzi, English & Klein, P.C., by Michael A. Scotto, hereby appears as attorneys of record for defendant John Doe # 1 in the above-captioned action and demands that a copy of all papers in this action be served upon the undersigned at the address stated below and/or in accordance with the Court's electronic filing procedures.

Dated:   Garden City, New York
          October 4, 2012

                                MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
                                *Attorneys for Defendant John Doe # 1*

                                By: _____
                                    MICHAEL A. SCOTTO (MS6936)
                              1350 Broadway, Suite 501
                              P.O. Box 822
                              New York, New York 10018-0026
                              (212) 239-4999

906667