UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK COLLINS, INC.,

        Plaintiff,

-against-                      Civil Case No. 2:12-cv-01154-ADS-GRB

JOHN DOE 1,
        Defendant.
------------------------------------------------------------X

## STIPULATION EXTENDING TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the date that Defendant, John Doe 1, may answer the complaint filed in this matter is extended to and including June 27, 2013.

Dated as of:  May 29, 2013

| KOTZKER LAW GROUP | MEYER, SUOZZI, ENGLISH & KLEIN P.C. |
|---|---|
| By: /s/ Jason Kotzker<br>Jason Kotzker<br>9609 S. University Blvd. #632134<br>Highlands Ranch, CO 80163<br>Telephone: 303-875-5386<br>Email: jason@klgip.com<br>*Attorneys for Plaintiff* | By: /s/ Alan E. Marder<br>Alan E. Marder<br>990 Stewart Avenue, Suite 300<br>P.O. Box 9194<br>Garden City, NY 11530-9194<br>Telephone: 516-741-6565<br>Facsimile: 516-741-6706<br>Email: amarder@msek.com<br>*Attorneys for Defendant* |

942632