### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW YORK
### CENTRAL ISLIP DIVISION

PATRICK COLLINS, INC.,

    Plaintiff,

v.                           Civil Action No. 2:12-cv-01154-ADS-GRB

JOHN DOES 1-9,

    Defendants.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Patrick Collins, Inc. and Defendant, John Doe 1, by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed <u>with prejudice</u>. John Doe 1 was assigned the IP Address 24.189.230.71.

WHEREFORE, Plaintiff and Defendant, John Doe 1, respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant John Doe 1's claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

                        Respectfully submitted,

| | |
|---|---|
| By: /s/ *Jason Aaron Kotzker* | By: /s/ *Alan E. Marder* |
| Jason Aaron Kotzker, Esquire | Alan E. Marder, Esquire |
| Kotzker Law Group | Meyer, Suozzi, English & Klein, P.C. |
| NY Bar No.: 4286829 | 990 Stewart Avenue, Suite 300 |
| 9609 S. University Blvd. #632134 | P. O. Box 9194 |
| Highlands Ranch, CO 80163 | Garden City, NY 11530 |
| Telephone: (224) 535-9510 | Telephone: 516-741-6565 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

Dated: July 18, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2013, the foregoing *Stipulation of Dismissal* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                      By:  /s/ Jason Aaron Kotzker
                                                      Jason Aaron Kotzker

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

PATRICK COLLINS, INC.,

    Plaintiff,

v.                                Civil Action No. 2:12-cv-01154-ADS-GRB

JOHN DOES 1-9,

    Defendants.
_____/

**ORDER ON STIPULATION FOR DISMISSAL**

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant John Doe 1's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant John Doe 1's claims against each other in this matter are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

  SO ORDERED this ___ day of _____, 2013.

By: _____
**UNITED STATES MAGISTRATE JUDGE**